**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>PACIFIC BUILDING DEVELOPMENT, INC.; KENSINGTON - FAIR OAKS ASSOCIATES JOINT VENTURE; TOPA INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 10-CV-01705-LHK<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

On August 13, 2010, Plaintiff Lincoln General Insurance Company filed a notice of voluntary dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i). No defendant has served an answer or a motion for summary judgment. Accordingly, the action is dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated: August 18, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1